CECILIA LEE, LTD.
CECILIA LEE, ESQ.
NEVADA STATE BAR #003344
510 WEST PLUMB LANE, SUITE A
RENO, NEVADA 89509
Telephone 775-324-1011
Fax 775-324-6616
Email: c.lee@cecilialee.net

Electronically filed March 10, 2011

Attorney for Trustee Barry L. Solomon

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No. BK-N-00-32425-GWZ |
|---|---|
| SUPPLY ONE, INC., a Nevada corporation, | Jointly administered with |
| | Case No. BK-N-00-32426-GWZ |
| Debtor. | Chapter 7 Case |
| | **NOTICE OF HEARING ON OBJECTION TO PROOF OF CLAIM OF MERILLAT INDUSTRIES, INC.** |
| | Hearing Date: April 13, 2011<br>Hearing Time: 2:00 p.m. |

NOTICE IS HEREBY GIVEN that a hearing will be held on a pleading entitled Objection to Proof of Claim of Merillat Industries, Inc. (the "Objection to Claim") which has been filed by Cecilia Lee, Ltd. on behalf of Chapter 7 Trustee Barry L. Solomon. A copy of the Objection to Claim is being served along with this notice of hearing, and reference is made to the Objection to Claim for the full extent of the relief sought therein.

NOTICE IS ALSO HEREBY GIVEN that any opposition to the Objection to Claim must be filed and served on Cecilia Lee, Esq., 510 West Plumb Lane, Suite A, Reno, Nevada 89509, in accordance to Rule 9014 and Rule 3007 of the Local Rules of Bankruptcy Procedure ("Local Rules"). Local Rule 3007 provides in pertinent part as follows:

> (b) Responses to objection to claims. The time for filing a response to an objection to a claim and of the filing of any reply to such a response, is

> governed by the time limits set out in LR 9014(d)(1) and (2). A response to an objection is sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.
>
> (c) Hearing on objections. If a written response is not timely filed and served, the court may grant the objection without calling the matter and without receiving arguments or evidence. If a response is timely filed and served, the court may treat the initial hearing as a status and scheduling hearing if the court determines that further evidence must be taken to resolve a material factual dispute. Unless the court orders otherwise or for good cause, live testimony will not be presented at the first date set for the hearing. The judge may order a further hearing at which oral evidence and exhibits will be received, or may, as appropriate, order that all evidence be presented by affidavit or declaration.

According to L.R. 9014(d),

> any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

---

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

NOTICE IS ALSO HEREBY GIVEN that a copy of the Objection to Claim may be obtained from the United States Bankruptcy Court for the District of Nevada, 300 Booth Street, Reno, Nevada 89509 or upon written request from Cecilia Lee, Esq., 510 West Plumb Lane, Suite A, Reno, Nevada 89509.

NOTICE IS ALSO HEREBY GIVEN that a hearing on the Objection to Claim will be held before the United States Bankruptcy Court, 300 Booth Street, Fifth Floor, Reno Nevada,

89509 on April 13, 2011 at 2:00 p.m. and may be continued from time to time as the court orders.

NOTICE IS FINALLY HEREBY GIVEN that in the absence of objections or as is appropriate in the particular circumstances, the relief requested may be granted without hearing pursuant to 11 U.S.C. Section 102; L.R. 9014.

DATED this 10th day of March, 2011.

                                               CECILIA LEE, LTD.

                                               /s/ Cecilia Lee
                                               CECILIA LEE, ESQ.

Cecilia Lee, Ltd.
510 W. Plumb Lane, Ste. A
Reno, NV 89509
(775) 324-1011
(775) 324-6616

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify under penalty of perjury that I am an employee of the law offices of Cecilia Lee, Ltd., 510 W. Plumb Lane, Ste. A, Reno, NV 89509, and that on this 10th day of March, 2011, I served the foregoing document described as follows:

**NOTICE OF HEARING ON OBJECTION TO PROOF OF CLAIM OF MERILLAT INDUSTRIES, INC.**

on the party(s) set forth below by:

    X    Electronic mailing via the United States Bankruptcy CM/ECF System to all those persons listed on the ECF Confirmation Sheet.

    X    By United States regular mail, postage prepaid, first class, in accordance with standard practice, addressed to:

Merillat Industries, Inc.
P.O. Box 77980
Detroit, MI  48277-7980

Jones Vargas
100 West Liberty Street
Post Office Box 281
Reno, NV  89504-0281

Amy Tirre, Esq.
Law Offices of Amy N. Tirre, APC
3715 Lakeside Drive, Suite A
Reno, NV  89509

DATED this 10th day of March, 2011.

CECILIA LEE, LTD.

/s/ Natalie Harrington
NATALIE HARRINGTON, an employee of
CECILIA LEE, LTD.